Opinion issued November 7, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00886-CV

____________


THOMSON CONSUMER ELECTRONICS, INC., Appellant


V.


BETTYE J. GARCIA, Appellee 






On Appeal from the County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 754,806






O P I N I O N

 The Court today considered the parties' agreed motion for reversal and remand
for entry of judgment consistent with settlement, in which they request this Court to
remand the case to the trial court for entry of an agreed final judgment. The motion
is granted as follows:


 The trial court's judgment of May 28, 2002 is reversed.




 The case is remanded to the trial court with instructions to proceed to
entry of an agreed final judgment.

 All other pending motions are overruled as moot.

 The Clerk of this Court is directed to issue mandate 10 days after the
date of this opinion. Tex. R. App. P. 18.1(c).



 PER CURIAM


Panel consists of Justices Hedges, Keyes, and Duggan (1)


Do not publish. Tex. R. App. P. 47.
1. The Honorable Lee Duggan, Jr. retired Justice, Court of Appeals, First
District of Texas at Houston, participating by assignment.